# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 18-1114 | September Term, 2018 |
| | EPA-83FR16077 |

Filed On: October 18, 2018 [1755923]

State of California, by and through its
Governer Edmund G. Brown Jr., Attorney
General Xavier Becerra and California Air
Resources Board, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Andrew Wheeler, as Acting Administrator of
the United States Environmental Protection
Agency,

      Respondents

------------------------------

Alliance of Automobile Manufacturers and
Association of Global Automakers, Inc.,
      Intervenors

------------------------------

Consolidated with 18-1118, 18-1139,
18-1162

# O R D E R

Upon consideration of the motions for leave to intervene filed by:

Association of Global Automakers, Inc., Alliance of Automobile Manufacturers,

it is **ORDERED** that the motions be granted.

     Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 18-1114**                                              **September Term, 2018**

     Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 38 (2018), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. <u>See</u> D.C. Cir. Rule 39.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                 BY:    /s/
                                        Lynda M. Flippin
                                        Deputy Clerk